# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CASSANDRA CLAIRDAY                                             PLAINTIFF

V.                          NO. 3:10CV00106 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                        DEFENDANT

## ORDER

On July 30, 2010, the Court entered a Scheduling Order requiring Plaintiff to file her Appeal Brief on or before September 10, 2010. (Docket entry #9). As of the date of this writing, Plaintiff has neither filed an Appeal Brief nor requested an extension.

Plaintiff has until **Friday, November 5, 2010**, to file her Appeal Brief. Plaintiff's counsel is cautioned that, absent extraordinary circumstances, he will not receive any further extensions to file his Appeal Brief. If Plaintiff does not comply with this Order, this case will be dismissed for failure to prosecute.

DATED this 27th day of October, 2010.

_____
UNITED STATES MAGISTRATE JUDGE